STATE v. HERNANDEZ

No. 537P01-2

Case below: 143 N.C. App. 717

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.

STATE v. HOLADIA

No. 162P02

Case below: 149 N.C. App. 248

Motion by Attorney General for temporary stay denied 8 April 2002. Petition by Attorney General for writ of supersedeas denied 8 April 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 April 2002.

STATE v. HOLMES

No. 165P02

Case below: 149 N.C. App. 233

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.

STATE v. HOWELL

No. 197P02

Case below: 149 N.C. App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. KORNEGAY

No. 190P02

Case below: 149 N.C. App. 390

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.